Charles Talbert  
QA4727  
SCI. Camp Hill  
PO Box 8837  
2500 Lisburn Road  
Camp Hill, PA. 17001

United States District Court  
Middle District of Pennsylvania

September 11, 2021

FILED  
HARRISBURG, PA  
SEP 28 2021  
PER ___  
DEPUTY CLERK

Charles Talbert  
v.  
Department of Corrections; John Wetzel;  
Laurel Harry; Rodney Carberry; Officer  
Benning; Beth Herb; Theodoor Voorstad.

No. _____

Summons

To The Defendants:

1. Dept. of Corrections, 1920 Technology Pkwy, Mechanicsburg, PA. 17050.
2. John Wetzel, 1920 Technology Pkwy, Mechanicsburg, PA 17050.
3. Laurel Harry, 2500 Lisburn Road, Camp Hill, PA 17001.
4. Rodney Carberry, 2500 Lisburn Road, Camp Hill, PA 17001.
5. Officer Benning, 2500 Lisburn Road, Camp Hill, PA 17001.
6. Beth Herb, 2500 Lisburn Road, Camp Hill, PA 17001.
7. Theodoor Voorstad, 2500 Lisburn Road, Camp Hill, PA 17001.

You have been sued in court. You have 20 days to respond to the complaint. Failure to do so will result in default against you and a judgment will be entered for the relief sought. File your response also with the Court.

Clerk of Court:

Dated: