Charles Talbert
QA4727
SCI. Camp Hill
2500 Lisburn Road
Camp Hill, PA. 17001                                October 13, 2021

United States District Court
Middle District of Pennsylvania

Charles Talbert

v.                    No. 21-cv-1669

Department of
Corrections, et al.         Motion To Amend Complaint

Plaintiff, Charles Talbert, hereby respectfully requests for permission to let him amend his complaint, in good faith, to withdraw Rodney Carberry and to replace him with Margaret Gordon and Brad Ritchey. The body of the complaint is still the same.

Respectfully submitted,

Charles Talbert

FILED
SCRANTON
OCT 18 2021
PER AMO
DEPUTY CLERK

Charles Talbert				United States District Court
QA4727					Middle District of Pennsylvania
SCI. Camp Hill
2500 Lisburn Road
Camp Hill, PA. 17001			October 13, 2021


Charles Talbert
v.					No. 21-CV-1669
Department of Corrections; John Wetzel;
Margaret Gordon; Laurel Harry; Brad
Ritchey; Officer Benning; Beth Herb;
Theodoor Voorstad.			Summons

 To Defendants:

Department of Corrections, John Wetzel, Margaret Gordon: 1920 Technology Parkway, Mechanicsburg, PA. 17050.

Laurel Harry, Brad Ritchey, Officer Benning, Beth Herb, Theodoor Voorstad: Camp Hill-SCI, P.O. Box 8837, 2500 Lisburn Road, Camp Hill, PA. 17001.

 You Have Been Sued In Court.

You have 21 days to respond to the Complaint that has been amended. Failure to do so will result in a judgment by default for the relief mentioned therein.

        By The Clerk:

        Dated:

Charles Talbert
QA4727
SCI. Camp Hill
2500 Lisburn Road
Camp Hill, PA. 17001                    October 13, 2021

Honorable Judge Mannion
U.S. Courthouse
Middle District
235 N. Washington Ave.
Scranton, PA. 18501

Re: Talbert v. Dept. of Corrections, etal, No. 21-CV-1669
    Motion To Amend With Proposed Amended
    Complaint With Summons

Dear Honorable Judge Mannion:

   Enclosed herein, please find a true copy of my motion to amend and an attached proposed complaint. An injunction requests is submitted herewith at the bottom of the amended complaint. Thank You!

                                    Yours Truly,
                                    Charles Talbert

Charles Talbert
QA4737
SCI. Camp Hill
2500 Lisburn Rd.
Camp Hill, Pa. 17001

LEGAL

INMATE MAIL

U.S. POSTAGE >> PITNEY BOWES

ZIP 17011 $ 000.20⁰
02 4W
0000375947 OCT 14 2021

FOREVER USA
Barn Swallow

U.S. Clerk of Court
U.S. Courthouse
Middle District
235 N. Washington Ave.
Scranton, PA. 18501

RECEIVED
SCRANTON
OCT 18 2021
PER _____
DEPUTY CLERK

18501-350001 C770

Inmate Mail - PA DEPT. OF CORRECTION