UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES TALBERT, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:21-1669 |
| v. | : | (JUDGE MANNION) |
| DEPT OF CORR., et al., | : | |
| Defendants | : | |

# ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's motion to dismiss all claims against Defendants Harry, Ritchy and Benning (Doc. 42) is **GRANTED**. The Clerk of Court is directed to **TERMINATE** these Defendants from the above captioned action. Plaintiff's motion for sanctions directed at these Defendants (Doc. 30) is **DISMISSED** as moot.

2. Defendants' motions to dismiss the Plaintiff's complaint (Docs. 53, 56) are **GRANTED**.

3. Plaintiff's motion to file a second amended complaint (Doc. 63) is **DENIED**.

4. Plaintiff's motions for preliminary injunctive relief (Docs. 24, 84) are **DENIED**.

5. Plaintiff's motion for default judgment (Doc. 51) is **DISMISSED** as moot as Defendants filed timely responsive pleadings.

6. Plaintiff's motion to consolidate the above captioned action with his other pending actions (Doc. 59) and motion to refer case to settlement officer program (Doc. 47) are **DISMISSED** as moot.

7. Plaintiff's motion to strike Defendants' motions to dismiss (Doc. 72) is **DENIED** as meritless.[1]

8. Plaintiff's "motion to compel disclosure statements" (Doc. 75) and motion to supplement his ADA and Eighth Amendment claims (Doc. 81) are **DISMISSED** as moot.

9. The Clerk of Court is directed to **CLOSE** this case.

10. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: April 22, 2022**
21-1669-01-ORDER

---

[1] Plaintiff seeks to strike Defendants' motion to dismiss because "defendants filed motions to dismiss on 'technicalities' and not the allegations themselves". (Doc. 73). The Court finds Defendants' motion properly filed in accordance with Fed.R.Civ.P. 12.